IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHALONDA WELLS,
FOR KW, MINOR                                                                    PLAINTIFF

v.                               No. 4:16-cv-00915 KGB-BD

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                   DEFENDANT

## ORDER

The Court has reviewed a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 13). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that the Commissioner's motion for summary judgment is granted (Dkt. No. 9). Plaintiff Shalonda Wells's complaint is dismissed without prejudice.

It is so ordered this the 27th day of June, 2017.

Kristine G. Baker
United States District Judge